IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BETTINA DANA DAWSON,**

    **Plaintiff,**

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

    **Case No. 2:15-cv-892**
    **JUDGE GREGORY L. FROST**
    **Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court for consideration of the parties' September 23, 2015 Joint Motion for Remand for Further Proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF No. 15.) The Court **GRANTS** the motion and **REMANDS** this case for further administrative proceedings. The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                               /s/ Gregory L. Frost
                                               GREGORY L. FROST
                                               UNITED STATES DISTRICT JUDGE